OFFICE OF DISCIPLINARY COUNSEL *v.* MCCLENAGHAN.

[Cite as *Disciplinary Counsel v. McClenaghan*
(1994), 69 Ohio St.3d 1216.]

(No. 90–1131—Submitted May 16, 1994—Decided May 17, 1994.)

For earlier cases, see *Disciplinary Counsel v. McClenaghan* (1994), 69 Ohio St.3d 1427, 631 N.E.2d 637, and *Disciplinary Counsel v. McClenaghan* (1991), 57 Ohio St.3d 21, 565 N.E.2d 572.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.

F.E. SWEENEY, J., dissents.